# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ANTHONY BROWN,**

    Plaintiff,

-vs-

Case No. 14-C-1327

**CAROLYN COLVIN, Acting Commissioner of the Social Security Administration,**

    Defendant.

## DECISION AND ORDER

This matter comes before the Court on Anthony Brown's motion for leave to proceed *in forma pauperis* on appeal from the denial of his application for social security disability benefits. Brown's petition demonstrates an inability to pay the costs associated with this lawsuit, and the complaint reveals an actionable claim for relief. 28 U.S.C. § 1915.

Therefore, Brown's motion [ECF No. 2] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 24th day of October, 2014.

                                      **SO ORDERED:**

                                      **HON. RUDOLPH T. RANDA**
                                      **U.S. District Judge**